IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTON NO. 3:09-CV-377-RJC-DCK

CGM, LLC,

        Plaintiff,

v.

BELLSOUTH TELECOMMUNICATIONS, INC., et al.,

        Defendants,

## ORDER

**THIS CAUSE** having come before the Court on motion of local counsel David S. Coats for Plaintiff CGM, LLC for admission *pro hac vice* of Barbara A. Miller and it appearing to the Court under Local Rule 83.1(B) that Ms. Miller should be admitted *pro hac vice* as representing Plaintiff CGM, LLC.

**IT IS THEREFORE ORDERED** that the motion is granted and that Barbara A. Miller is admitted to practice before this Court *pro hac vice*.

Signed: August 31, 2009

David C. Keesler
United States Magistrate Judge

1