**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTON NO. 3:09-CV-377-RJC-DCK**


CGM, LLC,

        Plaintiff,

v.

BELLSOUTH
TELECOMMUNICATIONS, INC., et al.,

        Defendants,

_____

## <u>ORDER</u>

**THIS CAUSE** having come before the Court on motion of local counsel Eric H. Cottrell

for Defendants BellSouth Telecommunications, Inc., AT&T Billing Southeast, LLC, and AT&T,

Corp. for admission *pro hac vice* of Jeffrey M. Strauss and it appearing to the Court under Local

Rule 83.1(B) that Mr. Strauss should be admitted *pro hac vice* as representing Defendants

BellSouth Telecommunications, Inc., AT&T Billing Southeast, LLC, and AT&T, Corp.

      **IT IS THEREFORE ORDERED** that the motion is granted and that Jeffrey M. Strauss

is admitted to practice before this Court *pro hac vice*.


Signed: September 16, 2009


David C. Keesler
United States Magistrate Judge

1