IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTON NO. 3:09-CV-377-RJC-DCK

CGM, LLC,

    Plaintiff,

v.

BELLSOUTH
TELECOMMUNICATIONS, INC., et al.,

    Defendants,

## ORDER

**THIS CAUSE** having come before the Court on motion of local counsel Eric H. Cottrell for Defendants BellSouth Telecommunications, Inc., AT&T Billing Southeast, LLC, and AT&T, Corp. for admission *pro hac vice* of Patrick W. Turner and it appearing to the Court under Local Rule 83.1(B) that Mr. Turner should be admitted *pro hac vice* as representing Defendants BellSouth Telecommunications, Inc., AT&T Billing Southeast, LLC, and AT&T, Corp.

**IT IS THEREFORE ORDERED** that the motion is granted and that Patrick W. Turner is admitted to practice before this Court *pro hac vice*.

Signed: October 5, 2009

David C. Keesler
United States Magistrate Judge