# United States District Court
# For The Western District of North Carolina
# Charlotte Division

CGM, LLC,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                        3:09cv377

Bellsouth Telecommunications,
et al

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/28/2010 Order.

Signed: May 28, 2010

Frank G. Johns, Clerk
United States District Court